UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20764-CR-LENARD/O'SULLIVAN

**UNITED STATES OF AMERICA**,
         Plaintiff,
vs.

CHARLTON ESCARMANT,

         Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 113)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge John J. O'Sullivan ("Report," D.E. 113), issued on January 27, 2013, recommending that the Court enter a restitution judgment holding the defendant jointly and severally liable with his co-defendant in the amount of $1,387,774.00. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 113) issued on January 27, 2013, is **ADOPTED**.

    2.    The Defendant is Ordered to pay restitution in the amount of $1,387,774. An Amended Judgment shall be entered by the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of March 2013.

                                                                   /s/ Joan A. Lenard
                                                                   JOAN A. LENARD
                                                                   UNITED STATES DISTRICT JUDGE